**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ASIAN AMERICAN ENTERTAINMENT CORPORATION, LIMITED, a Macau Corporation,
Plaintiff(s),

vs.

LAS VEGAS SANDS CORPORATION, a Nevada Corporation, et al.,
Defendant(s).

Case # 2:14-cv-01124-RFB-GWF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $200.00

Richard A. Sauber (name of petitioner), Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP (firm name) with offices at 1801 K Street, N.W., Suite #411L (street address), Washington (city), District of Columbia (state), 20006 (zip code), (202) 775-4500 (area code + telephone number), rsauber@robbinsrussell.com (Email address).

2. That Petitioner has been retained personally or as a member of the law firm by Defendants Las Vegas Sands Corp., et al. [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since 12/19/1984 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of District of Columbia (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of the United States | 05/17/1993 | |
| United States Court of Appeals - Federal Circuit | 08/27/1985 | |
| United States Court of Appeals - D.C. Circuit | 06/25/1985 | |
| United States Court of Appeals - 1st Circuit | 03/03/1986 | 22360 |
| United States Court of Appeals - 2nd Circuit | 09/17/1987 | |
| United States Court of Appeals - 4th Circuit | 05/09/1988 | |
| RESPONSE CONTINUED ON ATTACHED | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

American Bar Association
Rhode Island Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 06/19/2009 | 2:07-CV-00144-JCM- | USDC - D. Nev. | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_______________________
Petitioner's signature

STATE OF District of Columbia )
)
COUNTY OF _______________ )

Richard A. Sauber, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_______________________
Petitioner's signature

Subscribed and sworn to before me this

11th day of November, 2014.

_______________________
Notary Public or Clerk of Court
Beth L. Fowler
Notary Public, District of Columbia
My Commission Expires 03-14-2015

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Steve L. Morris (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

Morris Law Group, 900 Bank of America Plaza, 300 South Fourth Street,
(street address)

Las Vegas, Nevada, 89101,
(city) (state) (zip code)

(702) 474-9400, sm@morrislawgroup.com.
(area code + telephone number) (Email address)

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Steve L. Morris as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

LAS VEGAS SANDS CORPORATION, LAS VEGAS SANDS LLC, and VENETIAN CASINO RESORT, LLC

(party's signature)

Robert Rubenstein, Senior Vice President and Global Deputy General Counsel
(type or print party name, title)

(party's signature)

(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's signature

1543 — Bar number
sm@morrislawgroup.com — Email address

APPROVED:

Dated: this 6th day of January, 20 15.

RICHARD F. BOULWARE, II
United States District Court

Richard A. Sauber

**Continuation of response to the following question:**

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | *Bar Number* |
|---|---|---|
| United States District Court for the District of Columbia | 03/03/1986 | 385070 |
| United States District Court for New York, Southern District | 02/22/2007 | N/A |
| Rhode Island State | 10/1977 | 4873 |




District of Columbia Court of Appeals
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

**RICHARD A. SAUBER**

was on **DECEMBER 19, 1984** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **November 10, 2014**.

JULIO A. CASTILLO
Clerk of the Court

By: ______________________
Deputy Clerk



Supreme Court of Rhode Island
Providence

# The State of Rhode Island and Providence Plantations

This Certifies that

## RICHARD A SAUBER

of Washington, District Of Columbia

is an Attorney and Counselor of the Supreme Court of the State of Rhode Island, and as such was on the 11th day of October, 1977 admitted to practice in all the courts of said state as appears of record in the Office of the Clerk of the Supreme Court and is in good standing

Given under our hands and the seal of said Supreme Court at Providence this 7th day of November, 2014.

Debra A Saunders

Clerk